UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NINO R. ACUNA,

                     Plaintiff,

        -against-

TD BANK,

                     Defendant.
-----------------------------------------------------------------X

**ORDER**

**23-cv-4401 (JHR)(JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    Defendant's request to adjourn the Initial Case Management Conference is GRANTED.  The Initial Case Management Conference will be held on **August 31, 2023 at 12:45pm** in Courtroom 228, 40 Foley Square New York, New York. The Clerk of the Court is respectfully requested to close the motion at Dkt. No. 23, and mail a copy of this order to *pro se* Plaintiff Mr. Nino R. Acuna at 420 East 73rd Street, Apt. 3B, New York, NY 10021.

    SO ORDERED.

DATED:    New York, New York
               August 18, 2023

                                                        _____
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge