UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NINO R ACUNA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-v.-<br><br>TD BANK,<br><br>　　　　　　　　Defendant. | 23 Civ. 04401 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

　　　Before the Court is the motion to dismiss of Defendant TD Bank, NA. For reasons that will follow, the motion is granted.

　　　The Clerk of Court is directed to terminate ECF No. 9. The Clerk of Court is further directed to mail a copy of this Order to the *pro se* Plaintiff.

　　　SO ORDERED.

Dated: March 31, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JENNIFER H. REARDEN
　　　　　　　　　　　　　　　　　　　United States District Judge