**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
NINO R. ACUNA,

               Plaintiff,

   -against-                                                 23 **CIVIL** 4401 (JHR)

                                                            **<u>JUDGMENT</u>**

TD BANK,

               Defendant.
-----------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2024, Defendant's motion is granted.

**Dated:** New York, New York

    March 31, 2024

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                 **BY:**          *K. Mango*

                                                       **Deputy Clerk**